# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN CHARLES FRITZ, | Case No. 1:25-cv-01378-SAB |
| Plaintiff, | ORDER REGARDING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSIVE BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 15) |
| Defendant. | |

Before the Court is the parties' stipulation for an extension of time in which Defendant may file a responsive brief to Plaintiff's opening brief in support of whether the Court should affirm, modify, or reverse a final decision of the Commissioner of Social Security denying Plaintiff's application for Social Security benefits. 42 U.S.C. § 405(g). For good cause shown, the Court hereby approves the stipulation and ORDERS that Defendant shall have through **March 11, 2026**, to file a responsive brief. The scheduling order (ECF No. 7) otherwise remains controlling.

IT IS SO ORDERED.

Dated:    **February 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge