# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN CHARLES FRITZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:25-cv-01378-SAB<br><br>ORDER REGARDING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 17) |

Plaintiff Ian Charles Fritz commenced this action on October 16, 2025, challenging the Commissioner of Social Security's final decision denying his application for Social Security benefits. The parties have consented to the jurisdiction of the United States Magistrate Judge. (ECF Nos. 9, 10, 11.) On February 11, 2026, the parties filed a stipulation for voluntary remand, pursuant to Sentence Four of 42 U.S.C. § 405(g).

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1.　　This action is REMANDED for further proceedings consistent with the terms of the stipulation (ECF No. 17);

2.　　All pending dates and matters are VACATED; and

/ / /

3. Judgment shall be ENTERED in favor of Plaintiff Ian Charles Fritz and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:    **February 11, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2