# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN CHARLES FRITZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-01378-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 21) |

On May 14, 2026, the parties filed a stipulation for the payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C.§ 2412(d).  (ECF No. 21.)

Accordingly, subject to the terms of the stipulation, Plaintiff is awarded fees and expenses in the amount of FIVE THOUSAND TWO HUNDRED AND 00/100 ($5,200.00) as authorized by the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **May 14, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1